THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER BAY SEAFOODS, L.L.C., an Alaska limited liability company,<br><br>Plaintiff,<br><br>NORTH PACIFIC SEAFOODS, Inc.,<br><br>Plaintiff-in-Intervention,<br>v.<br><br>SEA WARRIOR, Official No.563829, its Engines, Machinery, Appurtenances, etc., *In Rem*; and<br><br>Sea Warrior, Inc., a Washington corporation,<br>*In Personam*; and<br><br>Henry M. Litzinger,<br>I*n Personam*<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 3:18-cv-00377-BTM-LL<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER OF DEFAULT JUDGMENT *IN REM* AGAINST THE VESSEL SEA WARRIOR, O.N. 563829 AND *IN PERSONAM* AGAINST SEA WARRIOR, INC. AND HENRY M. LITZINGER, FOR ORDER OF SALE OF VESSEL, AND FOR CREDIT BID AUTHORITY** |

THIS MATTER, having come before the Court upon the stipulated

motion of plaintiff Silver Bay Seafoods, L.L.C. ("Silver Bay") and plaintiff-

in-intervention North Pacific Seafoods, Inc. ("NPSI") for (1) Default Judgment pursuant to Fed. R. Civ. Proc. 55(b) and CivLR E.1(a) against Defendant SEA WARRIOR, Official No.563829, its Engines, Machinery, Appurtenances, etc. (the "Vessel"), *in rem*, and against Sea Warrior, Inc. and Henry M. Litzinger, *in personam*, in favor of Silver Bay and NPSI as set forth herein, (2) an order for sale of the defendant vessel; (3) award of *in custodia legis* fees and attorneys' fees and costs to Silver Bay; (4) award of attorneys' fees and costs to NPSI, and (5) for credit bid authority to Silver Bay in the amount of $580,035.66.

After due consideration, the Court having reviewed the records and files herein and being otherwise advised in the premises:

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

(1) that the preferred mortgages in favor of Silver Bay and NPSI on the Vessel are foreclosed and that any and all persons claiming any interest in the Vessel are forever barred and foreclosed of and from all rights of equity or redemption or claim to the Vessel;

(2) that NPSI has assigned its first position lien rights (the "Assigned Claim") to Silver Bay;

(3) that claimant San Diego Unified Port District has assigned all of its claims (the "Port Claim") to Silver Bay;

(4) that Silver Bay shall be adjudged the holder of a first position lien against the Vessel and the clerk shall issue judgment against the SEA WARRIOR, Official No. 563829, its engines, machinery, appurtenances, etc., *in rem*, and against Sea Warrior, Inc. and Henry M. Litzinger, *in personam,* in the amount of $580,035.66 as of March 25, 2019, including

(a) for the Assigned Claim, a total of $83,127.73, including a principal amount of $76,261.22, with interest accruing at a rate of $16.31 per day and totaling $6,866.51 through March 25, 2019, and post-judgment interest at the rate of 18% per annum,

(b) for the Silver Bay mortgage, a total of $364,959.19, including a principal amount of $296,695.93, with interest accruing at a rate of $148.30 per day and totaling $68,263.26 through March 25, 2019, and post-judgment interest at the rate of 18% per annum,

(c) reasonable attorneys' fees and costs to Silver Bay in the amount of $38,473.66, and

(d) substitute custodian fees, moorage and related fees in the amount of $93,475.08 through March 25, 2019;

(5) that NPSI shall be adjudged the holder of a second position lien against the Vessel and the clerk shall issue judgment against the SEA WARRIOR, Official No. 563829, its engines, machinery, appurtenances, etc., *in rem*, and against Sea Warrior, Inc. and Henry M. Litzinger, *in personam*, in the amount of $225,331.56, including

(a) for the 2016 Loan and Note, a total of $121,353.20, including a principal amount of $100,000.00, with interest accruing at a rate of $50.60 per day and totaling $21,353.20 through March 25, 2019, and post-judgment interest at the rate of 18% per annum,

(b) for the 2017 Loan and Note, a total of $89,723.54, in including a principal amount of $73,869.00, with interest accruing at $37.57 per day and totaling $15,854.54 through March 25, 2019, and post-judgment interest at the rate of 18% per annum and

(c) for attorneys' fees and costs in the amount of $14,405.10.

(6) that judgment shall be granted in favor of Silver Bay against Sea Warrior, Inc. and Henry M. Litzinger, *in personam*, in the amount of

4

ORDER GRANTING JOINT  3:18-cv-00377-BTM-LL
MOTION FOR DEFAULT JUDGMENT

$5,000.00 for the Port Claim, and post-judgment interest pursuant to 28 U.S.C. 1961.

(7) that judgment shall be granted in favor of NPSI against Sea Warrior, Inc. and Henry M. Litzinger, *in personam*,

(a) for the 2016 Time Charter Agreement, liquidated damages in the amount of $240,000, and

(b) for the 2020-2022 Time Charter Agreement, liquidated damages in the amount of $360,000, and post-judgment interest at a rate of 12% per annum.

(8) that the U.S. Marshal shall, pursuant to Supplemental Rule (E)1 and CivLR E.1(e), cause the SEA WARRIOR, Official No. 563829, its engines, machinery, appurtenances, etc., to be sold separately, free of all liens and encumbrances on the date and time hereafter arranged and agreed to by Silver Bay and the U.S. Marshal at the United States Court House in San Diego, California with notice of the sale be given by publication in a newspaper of general circulation in San Diego, California, daily for at least seven (7) days immediately before the date of sale; and it is further;

(9) that the proceeds of the sale should be applied to pay the following in order:

    a. The Marshal's costs of administration;

    b. The claims of Silver Bay *in rem* against the Vessel and *in personam* against Sea Warrior, Inc. and Henry M. Litzinger pursuant to the Assigned Claim in the amount of $83,127.73, which includes principal, late fees and interest as calculated through March 25, 2019;

    c. The claims of Silver Bay *in rem* and *in personam* against Sea Warrior, Inc. and Henry M. Litzinger against the Vessel pursuant to the Silver Bay mortgage in the amount of $364,959.19, which includes principal, late fees and interest as calculated through March 25, 2019;

    d. Reasonable attorneys' fees and costs to Silver Bay in the amount of $38,473.66 through March 25, 2019;

    e. Substitute custodian fees, moorage and related fees in the amount of $93,475.08 through March 25, 2019;

6
ORDER GRANTING JOINT  
MOTION FOR DEFAULT JUDGMENT    3:18-cv-00377-BTM-LL

f. The *in rem* claims of NPSI against the Vessel and *in personam* against Sea Warrior, Inc. and Henry M. Litzinger pursuant to the 2016 Loan and Note in the amount of $121,353.20, which includes principal, late fees and interest as calculated through March 25, 2019;

g. The *in rem* claims of NPSI against the Vessel and *in personam* against Sea Warrior, Inc. and Henry M. Litzinger pursuant to the 2017 Mortgage in the amount of $89,723.54, which includes principal, late fees and interest as calculated through March 25, 2019; and

h. Reasonable attorneys' fees and costs to NPSI in the amount of $14,405.10 as of March 25, 2019.

(10) That at the sale by the U.S. Marshal of the SEA WARRIOR, Silver Bay shall be permitted to bid all or part of its judgments hereunder without cash deposit, plus accrued interest and accrued costs *in custodia legis* as set forth herein.

(11) That Silver Bay and NPSI may make a further motion to the court for reasonable attorneys' fees and costs, substitute custodian fees and

moorage fees and U.S. Marshal's fees incurred in relation to the sale of the Vessel.

Dated this 25th day of March, 2019.

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE