

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silver Bay Seafoods, L.L.C., an Alaska limited liability company; Intervenor Plaintiff North Pacific Seafoods, Inc.<br><br>Plaintiff,<br><br>V.<br><br>Sea Warrior, Official No.563829, its Engines, Machinery, Appurtenances, etc., In Rem; Sea Warrior, Inc., a Washington Corporation, In Personam; Henry M. Litzinger, In Personam;<br><br>Defendant. | Civil Action No.   18cv00377-BTM-LL<br><br>**AMENDED<br>DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Default Judgment In Rem against the vesel Sea Warrior, O.N. 563829, In Personam against Sea Warrior, Inc. and Henry M. Litzinger for order of sale of Vessel and for credit bid authority.

| | |
|---|---|
| Date:   4/10/19 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br><br>By:  s/  S. Mitchell<br><br>S. Mitchell, Deputy |